*C. A. Avriett,* for Plaintiff in Error.

*Cary D. Landis,* Attorney General, for Defendant in Error.

City of Bradenton, a municipal corporation in Manatee County, Florida, *et al.,* Plaintiffs in Error, v. State of Florida, *ex rel.* James A. Perry, Defendant in Error.

Writ of error dismissed on motion of counsel for Plaintiffs in Error.

*John B. Singeltary,* for Plaintiffs in Error.

*Hill & Hill,* for Defendants in Error.

Beulah F. Teate, *et al.,* Appellants, v. David Anderson, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Henry L. Williford,* for Appellants.

*N. G. & John Fite Robertson,* for Appellee.

C. D. May, *et al.,* Appellants, v. S. Whitehurst, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Dayton, Dayton & Dayton,* for Appellants.

*S. Whitehurst Sons,* for Appellee.